No. 97–949. GILL *v.* SYSTEM PLANNING CORP. C. A. 4th Cir. Certiorari denied.

No. 97–967. KELLY *v.* BOSSIER CITY. Ct. App. La., 2d Cir. Certiorari denied.

No. 97–970. SMITH ET AL. *v.* ALLEN, PERSONAL REPRESENTATIVE OF ALLEN, DECEASED; and
No. 97–978. CITY OF MUSKOGEE *v.* ALLEN, PERSONAL REPRESENTATIVE OF ALLEN, DECEASED. C. A. 10th Cir. Certiorari denied. Reported below: 119 F. 3d 837.

No. 97–1004. AHMED *v.* GREENWOOD ET AL. C. A. 1st Cir. Certiorari denied.

No. 97–1063. VEDALIER *v.* FALCON DRILLING CO., INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–1067. COLEMAN OIL CO., INC. *v.* CIRCLE K CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1073. NELSON *v.* GRISHAM ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–1092. TRAVIS *v.* BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–1096. GOROD *v.* MASSACHUSETTS ET AL. C. A. 1st Cir. Certiorari denied.

No. 97–1100. WONDER ET AL. *v.* HYLAND. C. A. 9th Cir. Certiorari denied.

No. 97–1107. LAUGHLIN ET AL. *v.* PEROT ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–1110. DICK *v.* PEOPLES BANK OF BLOOMINGTON. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 97–1116. ZAMAN (TAHIRKHAILI) *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.